USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

-v-

THE FEDERAL BUREAU OF INVESTIGATION,

Defendant.

**ORDER**

26-CV-5323 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' letter motion, ECF No. 11 (the "Letter Motion"), requesting to adjourn the August 24, 2026 conference. The Letter Motion is **GRANTED**. The parties shall file a joint status report by **September 17, 2026**. The conference previously scheduled for August 24, 2026 is adjourned to **September 24, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 876 262 703#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 11 as **GRANTED**.

**SO ORDERED.**

Dated: August 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge