USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

-v-

THE FEDERAL BUREAU OF INVESTIGATION,

Defendant.

**ORDER**

26-CV-5323 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

An initial case management conference was held on September 24, 2026. As stated on the record, the parties shall adhere to the following schedule:

- Defendant will file a letter brief, not to exceed three single-spaced pages, regarding its proposed timeline for processing, reviewing, and producing responsive documents by **October 6, 2026**;
- Plaintiff will file its letter brief, not to exceed three single-spaced pages, responding to Defendant's brief by **October 9, 2026**;
- Defendant will disclose to Plaintiff the total number of potentially responsive pages resulting from its searches by **October 30, 2026**.

**SO ORDERED.**

Dated: September 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge