UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

THE NEW YORK TIMES COMPANY,

Plaintiff,

-v-

THE FEDERAL BUREAU OF INVESTIGATION,

Defendant.

**ORDER**

26-CV-5323 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion requesting a one-day extension of the deadline to file its letter brief. ECF No. 16. The request is **GRANTED**. The deadline is extended to **October 7, 2026**, *nunc pro tunc*. Plaintiff's deadline to respond is extended to **October 13, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 16 as **GRANTED**.

**SO ORDERED.**

Dated: October 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge