USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

-v-

THE FEDERAL BUREAU OF INVESTIGATION,

Defendant.

**ORDER**

26-CV-5323 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on November 6, 2026. For the reasons stated on the record, the parties shall adhere to the following directives. Defendant shall produce documents at a rate of 750 pages per month. Defendant must make its first production by **December 31, 2026**.

**SO ORDERED.**

Dated: November 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge