USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

-v-

THE FEDERAL BUREAU OF INVESTIGATION,

Defendant.

**ORDER**

26-CV-5323 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter, ECF No. 24, requesting to modify the Court's November 6, 2026 order, ECF No. 23 (the "Order"). The request is **GRANTED**. The Court's Order is modified as follows: Defendant shall process documents at a rate of 750 pages per month.

**SO ORDERED.**

Dated: November 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge